# ***PELUSO & TOUGER, LLP***
### *70 LAFAYETTE STREET*
### *NEW YORK, NEW YORK 10013*
### *PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

BY EMAIL:
September 28, 2022

Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007



Re: <u>United States v. Oluwatomiwa Akintola</u>,
    21 CR 472 (KPF)

Your Honor,

I am writing to respectfully request that Mr. Akintola's bail restrictions be modified to allow him to travel to Atlanta, Georgia tomorrow for employment purposes.  Mr. Akintola is currently released under the following conditions: a $400,000 bond co-signed by three people and electronic monitoring of his curfew.  Since, his release on bond he has been a model releasee and has fulfilled all of his obligations including delivering his passport to the Government.  He will be traveling to Emory Healthcare where he works as an IT specialist.  He will be leaving on the 29th and returning on October 5th.  He will be staying at the Spring Hill Suites Atlanta Gateway Airport.  I have not been able to hear back from the Government due to the last minute nature of this travel.  This business trip is essential to Mr. Akintola as he has been told if he does not make this trip, he likely will lose his job.

I am sorry for the late and emergent notice of this trip, but it was unavoidable.

Honorable Katherine Polk Failla
September 28, 2022
Page 2 of 2

Thank you for your consideration of this application.

Most Respectfully,


David Touger

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 129.

Dated:     September 28, 2022           SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE