UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Crim. 472-3 (KPF) |
| OLUWATOMIWA AKINTOLA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court modifies the conditions of Mr. Akintola's release as follows: Mr. Akintola's travel restrictions are expanded to include the Northern District of Georgia, and any districts implicated by his travel to and from the Northern District of Georgia, on account of Mr. Akintola recently securing employment in Atlanta, Georgia.

SO ORDERED.

Dated:  October 7, 2022
        New York, New York

KATHERINE POLK FAILLA
United States District Judge