## PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
November 23, 2022

Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007



Re: United States v. Oluwatomiwa Akintola,
    21 CR 472 (KPF)

Your Honor,

I am writing to respectfully request that Mr. Akintola's bail restrictions be modified to allow him to travel to Jacksonville, Florida for employment purposes. He will be employed by CSI Companies as an IT consultant from December 2nd until the 23rd. Mr. Akintola is currently released pending designation by the BOP under the following conditions: a $400,000 bond co-signed by three people and electronic monitoring of his curfew. Since, his release on bond he has been a model releasee and has fulfilled all of his obligations including delivering his passport to the Government. The Court has previously allowed Mr. Akintola to travel for work on an extended basis to Georgia. This travel was accomplished without any violations by Mr. Akintola. Of course Mr. Akintola will inform his Pre-Trial Officer 24 hours before his travel and will give the officer the exact details of his travel including but not limited to the dates of his business travel, where he is going to be staying and where he will be working. This travel is necessary

Honorable Katherine Polk Failla
November 23, 2022
Page 2 of 2

for him to maintain his job and be able to provide his family with some type of financial security before he begins his prison sentence. I have contacted his Pre-Trial Officer and the Government and they both take no position.

Thank you for your consideration of this matter.

Most Respectfully,

David Touger

```
Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket entry 182.

Dated:    November 23, 2022
          New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE