# PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
January 3, 2023



Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Oluwatomiwa Akintola,
    21 CR 472 (KPF)

Your Honor,

I am writing to respectfully request that Mr. Akintola's bail be continued until he receives his designation by the Bureau of Prisons (BOP). As the Court is aware, when it sentenced Mr. Akintola, the Court allowed him to remain free on bond and self-report to his designated facility. The Court set January 9, 2023 as his report date. As of today, Mr. Akintola has still not received his designation letter from the BOP. Since, his release on bond, he has been a model releasee and has fulfilled all of his obligations including delivering his passport to the Government. The Court has previously allowed Mr. Akintola to travel for work on an extended basis to Georgia. This travel was accomplished without any violations by Mr. Akintola. I have contacted the Government and have not heard back from them. I have spoken to Mr. Akintola's Pre-Trial Officer, Dominique Jackson and she has informed me that Probation has been in contact with

Honorable Katherine Polk Failla
January 3, 2023
Page 2 of 2

the BOP and that there has been a delay in his designation.  She has no objection to this request.

Thank you for your consideration of this matter.

Most Respectfully,

David Touger

```
Application GRANTED.  The Court understands from communicating with
BOP that Mr. Akintola should be designated no later than the end of
this week (i.e. January 6, 2023).  If Mr. Akintola has not been
advised of his designation by the close of business on January 6,
2023, counsel should promptly notify the Court, at which point the
Court will consider whether it is necessary to adjourn Mr. Akintola's
report date.  If Mr. Akintola receives his designation by January 6,
2023, the Court expects that he will report to the designated
facility on January 9, 2023.

The Clerk of Court is directed to terminate the pending motion at
docket entry 205.

Dated:    January 4, 2023              SO ORDERED.
          New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```