UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLUWATOMIWA AKINTOLA,<br><br>      Movant,<br><br>    -v.-<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | 23 Civ. 3839 (KPF)<br><br>21 Cr. 472-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The U.S. Attorney's Office shall await further order of this Court to file an answer or other pleadings in response to the motion. The Court will issue an order to answer following submission of Movant's attorney-client privilege waiver (23 Civ. 3839 Dkt. #2) and any relevant submission from Movant's defense counsel in the underlying criminal case, David Touger.

  The Clerk of Court is directed to mail a copy of this Order to Mr. Akintola's address of record.

  SO ORDERED.

Dated:  May 9, 2023
     New York, New York

                    *Katherine Polk Failla*
                    KATHERINE POLK FAILLA
                    United States District Judge