UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLUWATOMIWA AKINTOLA,<br><br>Defendant. | 21 Cr. 472-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Defendant Oluwatomiwa Akintola has both a criminal case, *United States v. Akintola*, No. 21 Cr. 472-3 (KPF), and a civil case, *Akintola* v. *United States*, No. 23 Civ. 3839 (KPF), in this District.  Last year, Mr. Akintola had simultaneously pending motions in the two cases; in particular, he had a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in the criminal case and a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 in the civil case.  For convenience, the Court resolved both motions in the same order, which it issued on April 10, 2024. (*See* Dkt. #313 (the "April 10, 2024 Opinion and Order"); *see also* Dkt. #324 (Form AO 247 reflecting denial of sentence reduction motion)).

    In a motion mailed to the Court on April 10, 2025, Mr. Akintola moved pursuant to Federal Rule of Civil Procedure 60(b) for the Court to enter separate orders as to his criminal and civil motions, citing the different time frames for appeal.  (Dkt. #368).  The Court understands that the Government has not submitted written opposition to the Rule 60(b) motion.

    Accordingly, the Court GRANTS Mr. Akintola's Rule 60(b) motion, and issues this separate order to make clear that, for the reasons set forth in its

prior April 10, 2024 Opinion and Order, the Court DENIES Mr. Akintola's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

The Clerk of Court is directed to terminate the motion at docket entry 368, and to mail a copy of this Order to Mr. Akintola at the following addresses:

> Oluwatomiwa Akintola
> Register No. 48161-509
> FCI Allenwood Low
> Federal Correctional Institution
> P.O. Box 1000
> White Deer, PA 17887
>
> Oluwatomiwa Akintola
> 2624 North Hollywood Street
> Philadelphia, PA 19132

SO ORDERED.

Dated:  September 5, 2025
        New York, New York

　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　United States District Judge